An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

THUNDER PROPERTIES, INC., A NEVADA CORPORATION,
Appellant,
vs.
CITIMORTGAGE, INC., A NEW YORK CORPORATION,
Respondent.

No. 66199

**FILED**

OCT 1 5 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

In its response to this court's order to show cause, appellant agrees that this court lacks jurisdiction over this appeal because claims remain pending against Parrish Gonsalez, Northwest Trustee Services, Inc., and Secured Funding Corp. *See* NRAP 3A(b)(1); *Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000). Accordingly, we lack jurisdiction, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

[1]This order does not preclude any party from filing a new notice of appeal from any future final judgment or other appealable order.

SUPREME COURT
OF
NEVADA

(O) 1947A

14-34175

cc: Hon. Scott N. Freeman, District Judge
Roger P. Croteau & Associates, Ltd.
Akerman LLP/Las Vegas
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A